# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 29, 2008

136258

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                             SC: 136258
                                             COA: 283301
                                             Wayne CC: 06-008570-FC
                                                                    06-008984-FC

DEVAUGHN ANTONIO BROWN,
      Defendant-Appellant.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

      On order of the Court, the application for leave to appeal the February 25, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 29, 2008
_____              _____
                                                                         Clerk

l0721